IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| Siemens Gamesa Renewable Energy, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00449 |
| United States, | ) |
| Defendant, and | ) |
| Wind Tower Trade Coalition, | ) |
| Defendant-Intervenor. | ) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

I.    **JOINT STATUS REPORT**

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade, counsel for the parties in the above-captioned action have conferred, and hereby submit the following Joint Status Report and Proposed Briefing Schedule.

1.    **Does the Court have jurisdiction over the action?**

Plaintiff Siemens Gamesa Renewable Energy ("SGRE" or "Plaintiff") challenges the final determination by the U.S. Department of Commerce in the antidumping duty investigation on utility scale wind towers from Spain. Utility Scale Wind Towers From Spain: Final Determination of Sales at Less Than Fair Value, 86 Fed. Reg. 33656 (Dep't of Commerce Jun. 25, 2021), and accompanying Issues and Decision Memorandum. The antidumping duty order

on utility scale wind towers from Spain was signed on August 10, 2021, and published in the Federal Register on August 16, 2021. <u>Utility Scale Wind Towers From Spain: Antidumping Duty Order</u>, 86 Fed. Reg. 45707 (Dep't of Commerce Aug. 16, 2021). Plaintiffs assert that the Court has jurisdiction over this action under 28 U.S.C. § 1581(c) and 19 U.S.C. § §1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). Defendant and Defendant-Intervenor are unaware of any basis upon which to challenge the jurisdiction of the Court at this time.

**2. Should the case be consolidated with any other case, or should any portion of the case be severed and the reasons for such severance?**

The parties agree that this case should not be consolidated with any other case, and that no portion of this cases should be severed.

**3. Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties agree that further proceedings in these cases should not be deferred pending consideration of another case before the Court or any other tribunal.

**4. Should the court be aware of any other information at this time?**

The parties are not aware of other information that requires the Court's attention at this time.

**II.    PROPOSED BRIEFING SCHEDULE**

The parties agree to the following proposed briefing schedule: (1) Plaintiff shall file its Rule 56.2 motion for judgment on the administrative record on or before January 14, 2022 (14,000 word limit); (2) Defendant and Defendant-Intervenor shall file their respective responsive briefs on or before March 15, 2022 (14,000 word limit); (3) Plaintiff shall file its reply brief on or before April 12, 2022 (7,000 word limit); and (4) motions for oral argument, if any, shall be filed on or before May 3, 2022.

Respectfully submitted,

/s/ Daniel J. Cannistra
Daniel J. Cannistra
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2902
Fax: (202) 628-5116
Email:
dcannistra@crowell.com

*Counsel to Plaintiff, Siemens Gamesa Renewable Energy*

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ Joshua E. Kurland
JOSHUA E. KURLAND
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20530
Phone: (202) 616-0477
Email: Joshua.E.Kurland@usdoj.gov

*Counsel for Defendant United States*

Alan H. Price
Wiley Rein, LLP
1776 K Street, NW,
Washington, DC 20006
(202) 719 3375
Email: aprice@wiley.law

*Counsel for Defendant Intervenor,*
*Wind Tower Trade Coalition*

Dated: December 13, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| **Siemens Gamesa Renewable Energy,**  )<br>  )<br> Plaintiff,  )<br>  )<br> v.  )<br>  )<br>**United States,**  )<br>  )<br> Defendant,  )<br> and  )<br>  )<br>**Wind Tower Trade Coalition,**  )<br>  )<br> Defendant-Intervenor.  )<br>  ) | **Court No. 21-00449** |

**ORDER**

Upon the Court's review of the Joint Status Report and Proposed Briefing Schedule filed by the parties, it is hereby ORDERED that:

1. Plaintiff shall file its Rule 56.2 motion for judgment on the administrative record on or before January 14, 2022;

2. Defendant and Defendant-Intervenor shall file their respective responsive briefs on or before March 15, 2022;

3. Plaintiff shall file its reply brief on or before April 12, 2022; and

4. Motions for oral argument, if any, shall be filed on or before May 3, 2022.

_____
Hon. Timothy C. Stanceu, Senior Judge

Dated:_____,
2021 New York, New York