UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Siemens Gamesa Renewable Energy, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Court No. 21-00449 ) ) |
| United States, | ) ) |
| Defendant, | ) ) |
| Wind Tower Trade Coalition, | ) ) |
| Defendant-Intervenor. | ) ) |

### PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade ("USCIT"), Plaintiff Siemens Gamesa Renewable Energy, respectfully moves this Court for an order granting movant's judgment on the agency record against Defendant, the United States (representing the U.S. Department of Commerce ("Commerce")), including, but not limited to the following relief:

- Hold that Commerce's final affirmative determination as implemented in *Utility Scale Wind Towers from Spain: Antidumping Duty Order*, 86 Fed. Reg. 45,707 (August 16, 2021) is an abuse of the agency's discretion and otherwise not in accordance with law; and

- Remand this matter with instructions to revise Commerce's final determination consistent with the findings of the Court.

WHEREFORE, for the reasons described in this Motion, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor. A proposed order is submitted for the Court's consideration (ECF No. 28).

Respectfully submitted,

_____
Daniel Cannistra
Michael Bowen
Simeon Yerokun

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

*Counsel for Siemens Gamesa Renewable Energy*

Dated: January 14, 2022