IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| SIEMENS GAMESA RENEWABLE ENERGY,<br><br>Plaintiff,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>WIND TOWER TRADE COALITION,<br><br>Defendant-Intervenors. | Court No. 21-00449 |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE THE DEPARTMENT OF COMMERCE'S REMAND REDETERMINATION**

Plaintiff, Siemens Gamesa Renewable Energy ("Siemens"), opposes defendant's Motion for an Extension of Time to File the Department of Commerce's Remand Redetermination which requests a 30-day extension of the current deadline. The Court should not grant this motion because good cause does not exist to grant a 30-day extension and it would unduly delay the proceeding.

On February 16, 2023, the Court remanded the U.S. Department of Commerce's ("Commerce") final determination in *Utility Scale Wind Towers From Spain: Final Determination of Sales at Less Than Fair Value*, 86 Fed. Reg. 33,656 (Int'l Trade Admin. June 25, 2021), and ordered Commerce to file its remand redetermination on or before May 17, 2023.

Opinion and Order, ECF No. 47 (Feb. 16, 2023).  Commerce thereafter began an individual examination of Siemens, to which Siemens has fully and timely responded.

On May 10, 2023, Commerce issued its "Draft Remand Results."  *Draft Results of Redetermination Pursuant to Court Remand*, No. 4374908-01, A-469-823 (May 10, 2023). Comments from the parties on the Draft Remand Results were due on Friday, May 12, 2023.  *Id.* at 9.  Commerce accordingly provided the parties two days to respond to the Draft Remand Results.

On May 11, 2023, the day before the parties' comments to the Draft Remand Results were due, defendant filed its motion for 30 additional days to file its remand redetermination with the Court.  Motion for an Extension of Time (May 11, 2023), ECF No. 48.  In its motion for an extension of time, the defendant stated that "[a]dditional time is needed so that parties will have adequate time to comment on the draft remand results and for Commerce to analyze any comments received," and that "[i]f the Court grants this extension request, Commerce will be able to provide the parties with more time than is currently scheduled to prepare their comments."  *Id.* at 2.  In reality, defendant submitted its motion to extend a single day before the deadline for parties to comment on the Draft Remand Results.  Commerce did not engage with or explain its apparent intention to provide additional time to submit comments to Siemens prior to filing its motion for an extension of time.  Indeed, in its communications with Siemens, defendant represented that it would simply request a 30-day extension.

The defendant's motion for an extension of time therefore placed the parties in a difficult position.  Because Commerce enforces its deadlines strictly, Siemens prepared its comments to the Draft Remand Results ahead the following day's deadline to ensure that the comments were

filed in a timely manner.

In light of the above, Siemens respectfully requests that the Court deny the defendant's motion. At this point, the deadline for parties to submit comments has passed and Commerce appears to have finalized its investigation into Siemens. Therefore, the defendant's apparent desire to provide additional time for the parties to comment, which appears be defendant's only argument that good cause exist to grant the extension request, is moot. If the Court deems it proper to allow the defendant to have additional time to file its remand results, Siemens respectfully requests that the Court grant an extension of a shorter period of time, such as by a few days.

Respectfully submitted,

Dated: May 15, 2023

/s/ Daniel Cannistra
Daniel J. Cannistra
Pierce J. Lee
Michael K. Bowen
O. Simeon Yerokun

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel: 202.624.2902
E-mail: DCannistra@crowell.com

*Counsel for Siemens Gamesa Renewable Energy*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| SIEMENS GAMESA RENEWABLE ENERGY, <br><br> Plaintiff, <br><br> v. <br><br><br> UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and <br><br> WIND TOWER TRADE COALITION, <br><br> Defendant-Intervenors. | Court No. 21-00449 |

**ORDER**

Upon reading defendant's Motion for Extension of Time for Department of Commerce to File its Remand Redetermination, ECF No. 48 (May 11, 2023), and upon consideration of other papers and proceedings had herein, it is hereby

ORDERED that defendant's motion be and hereby is denied.

                                                                              _____
                                                                              TIMOTHY C. STANCEU, SENIOR JUDGE

Dated: New York, New York
           This _____ day of _____, 2023.