**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE**

| | | |
|---|---|---|
| **Siemens Gamesa Renewable Energy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Court No.  21-00449** |
| **v.** | ) | |
| | ) | |
| **United States,** | ) | **PUBLIC VERSION** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **Wind Tower Trade Coalition,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |
| | ) | |

**Letter Regarding the Submission of Questionnaire Responses**

On behalf of Siemens Gamesa Renewable Energy ("SGRE"), plaintiff in the above-referenced matter, we hereby submit the following documents in response to the Court's request dated September 1, 2023:

1. SGRE's Section A Questionnaire Response and accompanying exhibits (initial BPI version filed on March 10, 2023, and final version filed March 13, 2023).

2. SGRE's Sections B–D Questionnaire Responses and accompanying exhibits (dated April 14, 2023).

These documents are appended hereto at Attachment 1 and Attachment 2, respectively.

Counsel for SGRE is also working expeditiously to confer with the other parties in the above-

referenced matter to submit a joint appendix in connection with the remand results filed by the

Defendant.  Remand Results (June 16, 2023), ECF No. 53.

Respectfully submitted,

_____

Daniel Cannitra
Pierce Lee

*Counsel for SGRE*